UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOEUN SA,<br><br>        Petitioner,<br><br>   v.<br><br>DERRAL ADAMS, Warden,<br><br>        Respondent. | No. C 10-1012 CRB (PR)<br><br>**ORDER DENYING APPLICATION FOR A CERTIFICATE OF APPEALABILITY** |

This is a closed federal habeas corpus action which was filed pursuant to 28 U.S.C. § 2254 by a pro se state prisoner. The Court denied the habeas petition, entered judgment in favor of respondent, and declined to issue a certificate of appealability on March 29, 2011. (Docket Nos. 18 & 19.) Accordingly, petitioner's application for a certificate of appealability (Docket No. 20) is DENIED as moot, the Court in its prior order having declined to issue one. Petitioner may ask for a certificate of appealability from the Ninth Circuit. The Clerk shall send a copy of this order to the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED.**

DATED: May 6, 2011

                                                CHARLES R. BREYER
                                                United States District Judge